UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| KATHERINE L., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:23-cv-00354-JAW |
| | ) |
| MARTIN O'MALLEY, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER AFFIRMING RECOMMENDED DECISION**

On January 18, 2024, Katherine L. filed a motion requesting the Court vacate the decision of the Social Security Administration ("SSA") Commissioner and remand her case for a new hearing. *Pl.'s Opening Brief* (ECF No. 11). On February 16, 2024, the SSA Commissioner responded in opposition to Plaintiff's motion. *Comm'r's Soc. Sec. Resp. Brief* (ECF No. 13). Plaintiff replied on February 28, 2024. *Reply Brief* (ECF No. 14).

The United States Magistrate Judge filed her Report and Recommended Decision on July 31, 2024. *Report and Recommended Decision* (ECF No. 18) (*Recommended Decision*). Neither party objected to the Recommended Decision.

The Court reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record. The Court made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision and concurs with the recommendations of the United States Magistrate Judge for the

reasons set forth in her Recommended Decision and determines that no further proceeding is necessary.

Accordingly, the Court AFFIRMS the Recommended Decision of the Magistrate Judge (ECF No. 18) and thereby VACATES the Commissioner's Decision and REMANDS the case for further proceedings.

SO ORDERED.

>/s/ John A. Woodcock, Jr.
> JOHN A. WOODCOCK, JR.
> UNITED STATES DISTRICT JUDGE

Dated this 24th day of September, 2024